UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DAVID E. WEEKS                                                                                           PLAINTIFF

V.                                                               CIVIL ACTION NO. 3:09CV127 DPJ-JCS

UNITED STATES OF AMERICA                                                                    DEFENDANT

JUDGMENT

For the reasons given in the order entered in this cause granting Defendant's unopposed motion to dismiss,

IT IS ORDERED that this case is dismissed without prejudice for failure to effect service of process in accordance with Rule 4(i) and 4(m).

**SO ORDERED AND ADJUDGED** this the 26th day of August, 2009.

                                                s/ *Daniel P. Jordan III*
                                                UNITED STATES DISTRICT JUDGE